UNITED STATES of America,
Plaintiff–Appellee,

v.

Jesus AGUILA–FLORES, Defendant–Appellant.

No. 09–50310.

United States Court of Appeals,
Ninth Circuit.

Submitted May 25, 2010.*

Filed June 17, 2010.

Bruce R. Castetter, Lara Alaine Stingley, Esquire, Assistant U.S. Attorneys, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Erica Kristine Zunkel, Kristi A. Hughes, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Jesus Aguila–Flores appeals from the 12–month sentence imposed upon revoca-

tion of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Aguila–Flores contends that the district court committed procedural error by, among other things, failing to explain the reasons underlying the sentence. The record indicates that the district court's sentencing explanation was adequate under the circumstances, and the court did not otherwise procedurally err. *See Rita v. United States,* 551 U.S. 338, 359, 127 S.Ct. 2456, 168 L.Ed.2d 203 (2007); *United States v. Carty,* 520 F.3d 984, 992 (9th Cir.2008) (en banc).

Aguila–Flores further contends that the sentence imposed was substantively unreasonable. Considering the totality of the circumstances, Aguila–Flores' within-Guidelines sentence was substantively reasonable. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *see also Carty,* 520 F.3d at 993.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.